Jonathan Cataldo **BERTANELLI,**
Plaintiff–Appellant,

v.

Charles L. **RYAN, Director of ADOC;**
et al., **Defendants–Appellees.**

No. 12–16990.

United States Court of Appeals,
Ninth Circuit.

ed by 9th Cir. R. 36–3.

Submitted April 7, 2014.*

Filed April 14, 2014.

Jonathan Cataldo Bertanelli, Tucson, AZ, pro se.

Before: TASHIMA, GRABER, and IKUTA, Circuit Judges.

## MEMORANDUM **

Jonathan Cataldo Bertanelli, an Arizona state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that defendants violated his constitutional rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Weilburg v. Shapiro*, 488 F.3d 1202, 1205 (9th Cir.2007) (dismissal under 28 U.S.C. § 1915A); *Dominguez v. Miller (In re Dominguez)*, 51 F.3d 1502, 1508 n. 5 (9th Cir.1995) (dismissal under Fed.R.Civ.P. 8). We affirm.

The district court properly dismissed Bertanelli's action because the operative First Amended Complaint did not comply with Rule 8 of the Federal Rules of Civil Procedure. *See McHenry v. Renne*, 84 F.3d 1172, 1178 (9th Cir.1996) (under Fed. R.Civ.P. 8, a complaint must set forth simple, concise, and direct averments indicating "which defendants are liable to plaintiffs for which wrongs"); *see also Bautista v. Los Angeles County*, 216 F.3d 837, 840–41 (9th Cir.2000) (discussing Fed.R.Civ.P. 10(b) requirements).

The district court did not abuse its discretion by denying Bertanelli's motion for reconsideration because Bertanelli failed to establish a basis for such relief. *See* D. Ariz. Loc. R. 7.2(g)(1) (setting forth grounds for reconsideration); *Hinton v. Pac. Enters.*, 5 F.3d 391, 395 (9th Cir.1993) (reviewing application of local rules for an abuse of discretion); *see also Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262–63 (9th Cir.1993) (standard of review and grounds for reconsideration under Fed.R.Civ.P. 60(b)).

Bertanelli's contentions that the court failed to construe liberally his First Amended Complaint, and that he stated a conspiracy claim, are not supported by the record.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

